# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

* * * * * * * * * * * * * * * * * * * *
MEGAN WILCOX,

Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

Respondent.
* * * * * * * * * * * * * * * * * * * *

No. 11-875V

Special Master Christian J. Moran

Filed: March 11, 2015

Attorneys' fees and costs; award in
the amount to which respondent does
not object.

Ronald C. Homer, Conway, Homer & Chin-Caplan, P.C., Boston, MA, for
Petitioner;
Vincent Matanoski, U. S. Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION[1]

Petitioner Megan Wilcox filed a motion for attorneys' fees and costs on
February 5, 2015. On March 10, 2015, respondent informally contacted the court
to indicate she does not object to the amount requested. The Court awards the
amount to which respondent does not object.

On December 14, 2011, Megan Wilcox filed a petition for compensation
alleging that the human papillomavirus ("HPV") vaccine, which she received on
December 29, 2008, caused her to develop systemic lupus erythematosus ("SLE").
Petitioner received compensation based upon the parties' stipulation. Decision,

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17,
2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b),
the parties have 14 days to file a motion proposing redaction of medical information or other
information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special
master will appear in the document posted on the website.

filed August 28, 2014.  Because petitioner received compensation, she is entitled to an award of attorneys' fees and costs.  42 U.S.C. § 300aa-15(e).

Petitioner seeks a total of **$33,614.60** in attorneys' fees and **$19,230.67** in attorneys' costs for her counsel.  In compliance with General Order No. 9, petitioner has filed a statement indicating that she incurred no out-of-pocket litigation expenses while pursuing this claim.  Respondent has no objection to the amount requested for attorneys' fees and costs.

After reviewing the request, the Court awards the following:

**A lump sum of $52,845.27 in the form of a check made payable to petitioner and petitioner's attorney, Ronald Homer for attorneys' fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

The Court thanks the parties for their cooperative efforts in resolving this matter.  The Clerk shall enter judgment accordingly.

Any questions may be directed to my law clerk, Christina Gervasi, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master